

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2013

No. 04-13-00773-CR

Pablo DUENAS,
Appellant

v.

The STATE of Texas,
Appellee

From the 371st District Court, Tarrant County, Texas
Trial Court No. 1314224D
The Honorable Mollee Bennett Westfall, Judge Presiding

## O R D E R

The court reporter's extension of time to file the reporter's record is GRANTED. Time is extended to January 13, 2014. **No further extensions will be granted.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2013.

_____
Keith E. Hottle
Clerk of Court